UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SANDRA FABI, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CARTER-JONES COMPANIES, INC., d/b/a CARTER LUMBER,<br><br>    Defendant. | Case No. 21-11727<br>Honorable Laurie J. Michelson |

## JUDGMENT

In accordance with the opinion and order entered today, it is hereby ORDERED and ADJUDGED that this case is DISMISSED.

Dated this 29th day of July 2022 in Detroit, Michigan.

                                      KINIKIA ESSIX
                                      CLERK OF THE COURT

                                By:    s/Erica Parkin
                                              DEPUTY COURT CLERK

APPROVED:

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: July 29, 2022